# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
## DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**WILFREDO TORRES**
SENIOR DEPUTY CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICER
**THOMAS C. MILLER**

December 17, 2009

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

The Honorable Susan D. Wigenton
United States District Court
Martin Luther King Jr. Federal Building&Courthouse
PO Box 0999
Newark, NJ 07102-0999

**RE:** *Adekunle Adejuyigbe*
*Dkt.# 09CR00540–001*

Dear Judge Wigenton:

On November 30, 2009, the above-named defendant was sentenced before Your Honor to 70 months incarceration for Possession of Counterfeit Unauthorized Access Device and Aggravated Identity Theft. Mr. Adejuyigbe is pending sentencing in New Jersey Superior Court (Hudson County). The Hudson County Probation Department has requested a copy of the federal presentence report on this individual.

We respectfully request that Your Honor grant us permission to release Mr. Adequyigbe's presentence report to the probation office in Hudson County. If you have any questions, please contact me at (973) 223-0820.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer
By: Maureen Kelly
Supervising U.S. Probation Officer

(1)____X____ The Court grants permission to release the federal presentence report on Adekunle Adejuyigbe to the Hudson County Probation Department.

(2)_____ The Court does **not** grant permission to release the federal presentence report on Adekunle Adejuyigbe to the Hudson County Probation Department.

(3) Other_____

_____
Signature of Judicial Officer